# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY JOAN KILGORE, | 1:10cv031 LJO DLB |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | (Document 2) |
| TULARE COUNTY HEALTH AND HUMAN SERVICES AGENCY, | |
| Defendant. | |

Plaintiff Nancy Joan Kilgore ("Plaintiff") is proceeding pro se in this action. Plaintiff filed her complaint on January 7, 2010, along with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates that she is entitled to proceed without prepayment of fees and is therefore GRANTED.

IT IS SO ORDERED.

Dated:   **January 8, 2010**                    **/s/ Dennis L. Beck**
                                                                     UNITED STATES MAGISTRATE JUDGE

1