# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NANCY JOAN KILGORE, | ) | 1:10cv031 LJO DLB |
| | ) | |
| Plaintiff, | ) ) | ORDER DIRECTING PLAINTIFF TO SUBMIT USM-285 FORMS |
| v. | ) | |
| TULARE COUNTY, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff Nancy Joan Kilgore ("Plaintiff"), proceeding pro se and informa pauperis, filed this action on January 7, 2010. In her Amended Complaint, Plaintiff names Tulare County, Tulare County Health and Human Services Agency and Tulare County Counsel.

**DISCUSSION**

A.  Screening Standard

Pursuant to 28 U.S.C. § 1915(e)(2), the court must conduct an initial review of the complaint for sufficiency to state a claim. The court must dismiss a complaint or portion thereof if the court determines that the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies of the complaint can be cured by amendment.

1

In reviewing a complaint under this standard, the Court must accept as true the allegations of the complaint in question, Hospital Bldg. Co. v. Trustees of Rex Hospital, 425 U.S. 738, 740 (1976), construe the pro se pleadings liberally in the light most favorable to the Plaintiff, Resnick v. Hayes, 213 F.3d 443, 447 (9th Cir. 2000), and resolve all doubts in the Plaintiff's favor, Jenkins v. McKeithen, 395 U.S. 411, 421 (1969).

B.  Plaintiff's Allegations

Plaintiff alleges that she is an employee of Tulare County and was subjected to employment discrimination on the basis of disability beginning in 2005. 42 U.S.C. § 12112. Plaintiff also alleges that her employer failed to reasonably accommodate her disability and that she was subjected to harassment.

It appears that Plaintiff's amended complaint is adequate to state a cause of action. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following Defendants:

    Tulare County
    Tulare County Health and Human Services Agency
    Tulare County Counsel

2. The Clerk of the Court shall send Plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the amended complaint filed February 17, 2010.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. One completed summons;

    b. One completed USM-285 form for each Defendant; and

    c. Three (3) copies of the amended complaint filed on February 17, 2010.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:** **March 17, 2010**          **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE