IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY JOAN KILGORE,<br><br>          Plaintiff,<br>     vs.<br>TULARE COUNTY,<br><br>          Defendant.<br>_____/ | CASE NO. CV F 10-0031 LJO BAM<br><br>**ORDER ON BRIEFING SCHEDULE**<br>(Doc. 24.) |

Plaintiff Nancy Joan Kilgore ("Ms. Kilgore") requests an extension to file papers to oppose defendant Tulare County's ("County's") summary judgment motion. On the basis of good cause, this Court:

1. VACATES the February 14, 2012 hearing on the County's summary judgment motion and ORDERS Ms. Kilgore and the County NOT to appear at this Court on that date;

2. ORDERS Ms. Kilgore, no later than February 7, 2012, to file and serve papers to oppose the County's summary judgment motion;

3. ORDERS the County, no later than February 14, 2012, to file and serve reply papers; and

4. ADMONISHES Ms. Kilgore that failure to comply with this order and to file and serve timely opposition papers will serve as independent grounds to dismiss this action.

Pursuant to its practice, this Court will consider the County's summary judgment motion on the record without oral argument, unless this Court orders otherwise.

IT IS SO ORDERED.

**Dated:   January 30, 2012**            /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1